52.112 01

Court of Criminal Appeals
Box 12308 Capitol Station
Austin, Texas, 78711

This document contains some pages that are of poor quality at the time of imaging.

Date: 4-16-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 21 2015

Abel Acosta, Clerk

REF: Falsely Accused, Wrongfully Convicted and Wrongfully Imprisoned:
REF: Tarrant Co, 600523 and Wise Co, 10-649:

Dear Honorable Judge(s):

Hello. Hope you're doing fine. I want to contact you about the above REF. Sorry this correspondence is in pencil. I'm only allowed 1 pen per month, 5 personal envelopes per month to family, friends and media. I'm allowed 5 envelopes per week for legal. I'm really being limited to what I can do to freedom of speech, not being allowed to correspond with family, friends, defense wit- nesses in a timely manner. Due to corruption and conspiracy here among several departments, lots of (All) my correspondences are not being sent out. I hope and pray you'll receive this. Again, I apologize for a pencil copy, correspondence, I've NEVER been so low in life in 62 years as I am now.

PLEASE! consider this correspondence. I've now spent almost 20 years of my life in prison proclaiming my innocence and am awaiting justice to come along. I've not stopped fighting for freedom and innocence.

The entire case against me was revolves around my threatened, forced and coerced confession and two vindictive state witnesses statements. NOT eye -witnesses, but hear-say witnesses that has had it in for me since 1972 because I did not marry one of um and would not have an affair with the other one. That one wanted me to leave my wife and five children for her. I could not do it. Those three are sisters.

The two witnesses has said all those years leading up to the offense that some- day they'd get me. If they can't have me neither can their sister. It took them from 1972 to 1995, to come up with this awful scam. I and the victim tried to retract our threatened, forced and coerced statements and confessions prior to trial. matter a fact the charge was dropped. I was released from jail, but 6 days later the state picked it up and charged me anyway. I requested DNA Testing and a polygraph the day I was arrested, Nov 2nd 1995. I was denied both. I've still been denyed 3 times. The state nor the CPS case workers done proto call. The atty I had said they/we don't need it. nothing was collected in the case and nothing exists in the case that links Mr. Kelley except for hear-say.

Here's why. The cop that may have committed this crime was a co-worker to the CPS lady case worker who in turn was the girlfriend to the detective that the cop reported this incident to. The cop was married to one of the sis- ters, the one I was supose to had married in 1972. when I found out that the cop invited my 14 and 20 yr old daughters to meet him and my wife's bro- ther at a bar for a Halloween Party in a rough neighborhood of Ft. Worth, Tx, I was furries. After a little investigating on my own, I found out that he, the cop, and one of my wife's brothers had been seeing my daughters for months. I and the cops wife, the one I was supose to had married, went looking for him. He found out we were looking for him, so he, the cop went into hidding among- -est his co-workers, CPS, detectives and other cops. We never found him. A month passed, then all of a sudden I was arrested and charged with a sex offense. The cop or the wife's brother were ever mentioned. I told my hired atty about them too. The hired atty was fired for lying to me and not defending me. He was mad, yet the court appointed him right back to me for trial. I didn't have a chance at trial with that mad attorney.

pg 1 of 3

Had the polygraph and DNA Testing and other evidence, defense witnesses, which was Mr. Kelley's other 6 teenage children, been revealed that Mr. Kelley was not in the area of the crime, that the victim's statement, the witnesses's statements, including Mr. Kelley's used to establish probable cause were coerced, and that these statements were unreliable and included false details which conflicted with questionable witness statements and their testimony at trial.

Rather than using this as an opportunity to review law enforcement interrogations, which Mr. Kelley was in a locked room and not allowed to leave til admitting guilt, and investigations that was NOT done in Kelley's cases. The trial again hinged on the same coerced and withdrawn statements and coerced confession. The River Oaks Police Dept. detective said I made two confessions, I did NOT, only one was made and it being made after I was threatened by DA's office, CPS workers and detectives. I, Mr. Kelley, was the only person identified even though there were other suspects. Had Mr. Kelley's defense witnesses, which are his other 6 teenage children, those children witnesses could not and would not link Mr. Kelley to the crime. Those children were threaten by officials, authorities, CPS workers and state witnesses and run out of town at gun point by the cop to keep them from testifying for Mr. Kelley. Law enforcement testimony in the field conflicted with prior testimony. They lied to EVERYONE they spoke too. All of the statements, including Kelley's confession were involuntary and coerced.

Mr. Kelley requests and recommends a new trial based upon faulty evidence and other grounds. The case in the past was reversed and remanded back to the court of Appeals and to the district court several times by the court of criminal Appeals in Austin.

Mr. Kelley was/is wrongfully convicted and his rights violated. He IS actual innocent. He has spent almost 20 yrs in jail and prison. He should be EXONERATED.

But Instead, the state prefers to carry on this travesty of justice. Rather than levy its considerable resources to solve this crime for a BUNCH of Vindictive people, das, prosecutors, CPS workers, detectives and officials, the state expands those resources to continue to prosecute a man who was/ is a GOOD father and citizen in the community at the time, whose confession was/is clearly coerced in an improperly investigated case. Also, see Wise County Case, 10-649.

This is not just conjecture, (the formation of an opinion without sufficient evidence or to conclude from insufficient evidence) but based upon facts and the law, pronounced by both the trial court and court of appeals, BOTH courts are CORRUPT in this case.

This is not a loophole or a technicality, there is substantial evidence of grave injustice in Kelley's cases and the unwillingness of the state to admit that it may have gotten it wrong. Lots of favorable defense evidence/witnesses was withheld from these cases by prosecution and defense attorneys.

Which begs the question: how many others are there? How many other wrongs have been overlooked in Kelley's cases?

How many victims have been sacrificed to the gods of the prison industry and the humongous machinery of the prosecutorial system of VENGEANCE that is now the hall-mark of the American justice system (s)?

How can you mount a defense in a society which now believes in guilty until proved innocent?

How many other people have been caught up in the machinery of the criminal justice system and have been convicted of or pled guilty to crimes they did not commit?

For Mr. Kelley, "He deserves a fundamentally fair trial and an accurate result. If either of these two promises are not kept, our system loses its credibility, our citizens lose their faith and confidence in our court systems, and eventually our decisions and laws become meaningless."

This case highlights the false confession and statements of an innocent man. Mr. Kelley confessed to the accusation while being in the den of his home with CPS case worker making threats, coercing him, bribing him and promising him things in favor of a confession. She did the same thing with the victim and the victim's little brother. All kids loves puppies and new bikes.

Mr. Kelley was under her and other authorities and officials control. Mr. Kelley was under the influence of alcohol due to being out drinking the night before he and case worker was in Mr. Kelley's den and then in Mr. Kelley's kitchen while being interrogated intensely by River Oaks Police Dept. detective and detectives CPS girlfriend who are the cops co-workers. Sure sounds like and looks like a conspiracy to me to hide the REAL! suspect(s).

"Mr. Kelley cried incessantly about how much he missed his wife and children and said he was coerced. He was afraid of what CPS workers, detectives and the two state witnesses, wife's sisters, would do to Mr. Kelley's children and Grandchildren if Mr. Kelley did not admit to what CPS case workers and detectives wanted him to say. Mr. Kelley was afraid that officials, authorities, the cop, and the two state witnesses would do to Mr. Kelley's sisters."

"So there's a lot of things that should have been and needs to be deciphered here in these cases of Mr. Kelley.

Mr. Kelley IS suffering and dieing in prison due to an injustice, justice system.

PLEASE! Consider this case of ACTUAL INNOCENCE.



Thank you, Sincerely,
Richard A. Kelley
Hightower, 786935
0902 Fm 686
Dayton, Texas
77535

pencil copy also sent to
the Texas Board of
Pardons / Paroles
Clemency Section

End of pg 3